No. 95–1065. SCHENCK ET AL. *v.* PRO-CHOICE NETWORK OF WESTERN NEW YORK ET AL. C. A. 2d Cir. [Certiorari granted, 516 U. S. 1170.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 95–1201. LOPEZ ET AL. *v.* MONTEREY COUNTY, CALIFORNIA, ET AL. D. C. N. D. Cal. [Probable jurisdiction noted, 517 U. S. 1118.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 95–1225. UNITED STATES *v.* BROCKAMP, ADMINISTRATOR OF THE ESTATE OF MCGILL, DECEASED; and UNITED STATES *v.* SCOTT. C. A. 9th Cir. [Certiorari granted, 517 U. S. 1232.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 95–1595. BABBITT, SECRETARY OF THE INTERIOR, ET AL. *v.* YOUPEE ET AL. C. A. 9th Cir. [Certiorari granted, 517 U. S. 1232.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 95–1726. UNITED STATES *v.* LABONTE ET AL. C. A. 1st Cir. [Certiorari granted, *ante*, p. 1016.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 95–1263. CATERPILLAR INC. *v.* LEWIS. C. A. 6th Cir. [Certiorari granted, 517 U. S. 1133.] Motion of Product Liability Advisory Council, Inc., for leave to file a brief as *amicus curiae* granted.

SEPTEMBER 6, 1996

No. A–151 (O. T. 1996). DUPREE ET AL. *v.* MOORE ET AL. Application to vacate the stay entered by the United States District Court for the Southern District of Mississippi, presented to JUSTICE SCALIA, and by him referred to the Court, denied.